JON M. SANDS
Federal Public Defender
**JAY A. MARBLE**
Assistant Federal Public Defender
State Bar No. 021202
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*jay_marble@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Dana Louis Mattingly,<br><br>          Defendant. | CR-16-0102-TUC-JAS (DTF)<br><br>**SENTENCING MEMORANDUM**<br><br>**Sentencing:  June 17, 2019** |

Defendant, Dana Mattingly, through counsel, hereby submits this memorandum for his sentencing on June 17, 2019.

RESPECTFULLY SUBMITTED:       June 4, 2019.

                                                          JON M. SANDS
                                                          Federal Public Defender

                                                           *s/Jay A. Marble*
                                                          JAY A. MARBLE
                                                          Assistant Federal Public Defender

ECF copy to:

Carin Duryee and Arturo Aguilar
Assistant United States Attorneys

Katia Cook
United States Probation Officer

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Traumatic Brain Injury as a young adult

Dana Mattingly suffered a traumatic brain injury (TBI) when he was only 19 years old. He was struck by a vehicle when he was riding his bicycle, and he spent several months in the hospital and endured several surgeries after the accident. Apart from the obvious physical injuries and scars that Dana received, his personality changed after the accident as well. Family members reported a more impulsive and reckless behavior. His interests also changed as well. Unfortunately, his legal problems began to arise not that long after he recovered from the accident. It is impossible to be certain of a direct correlation with the accident, but Dana's family believes that he was not the same person afterwards.

Unlike the physical injuries from a serious accident, brain injuries are hard to diagnose and treat. In young adults, the TBI can be more significant as recent literature suggests that their brains are not fully developed until their early 20s. *Maturation of the Adolescent Brain*, Neuropsychiatr. Dis. Treat. 2013; 9: 449-461. Arain, Mariam, et al. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3621648/. Without treatment or even knowledge of the significant injury, it is difficult to make any changes. Individuals can live normal lives afterwards and appear normal, but a TBI changes the individual. Literature has also noted an increase in violence to individuals with TBIs. *Prevalence of traumatic brain injury and mental health problems among individuals within the criminal justice system*, Concussion, 2016; 1(4): CNC25. McKinlay, Audrey and Albicini,

Michelle. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6093757/. In Dana's case, his current medical and neurological conditions establish that the accident and injury was a significant event in his young life. Dana does not like to make excuses for his actions, but it is difficult to look past his TBI and not presume that it had a significant impact in his life.

## II.   Current Medical Conditions

Dana has several medical conditions that will most likely limit his life expectancy. Neurological PET scans show an abnormally high incident of amyloid plaques in his brain. A higher incidence of amyloid plaques are commonly found in patients with Alzheimer's disease. Currently, there is no cure for Alzheimer's disease, and this form of dementia impacts thinking, memory and behavior.

A report from neurologist Dr. Michael Gold explains that Dana's condition will not improve and will only get worse with time. Included declines would include memory and cognitive functioning. Dana is aware of his declining memory, and he would like to serve his sentence at BOP's Allenwood, PA facility where he was previously housed. He has been participating in their Mental Health Step Down program with success. The program at this facility was very helpful for Dana, and it is also closer to his family who reside in Kentucky.

Additional neuropsychological testing by Dr. Marisa Menchola confirmed Dana's troubled memory. While her testing was not completely compatible with an Alzheimer's disease diagnosis, TBIs often show the symptoms of different brain injuries and diseases.

They are unique due to the level of injury and also since the injured brain adapts despite damage. However, despite the brain being able to adapt, the increased amyloid plaques in the brain is troubling because these levels cannot be reversed, and the ultimately lead to decreased functioning and death. Based upon these findings, Dana's prognosis is bleak.

### III.  **Remorse**

Dana is very remorseful for his actions. Despite some legal issues with his case, he insisted on pleading guilty to the indictment before resolving those issues knowing that the required sentence is life in prison without the possibility of parole.

After the incident, Dana is frequently upset at himself for his impulsive behavior and thoughtless act. He felt that the only way to move on from this incident was to plead guilty. While he cannot undo his actions, he wanted his decision to show the impact that this offense has had on him. He is sincerely remorseful, and he apologizes for his behavior.

**CONCLUSION**

Dana would like a recommendation to be housed at the Allenwood, PA BOP facility to participate in their mental health step down program. He was successful in his time there before being transferred to Arizona. He is remorseful for his actions and wants the Court to know that he is apologetic. He will have several challenges in prison due to

4

his declining health and medical diagnosis.   He is hopeful that his family will be able to visit him in Allenwood, PA.

RESPECTFULLY SUBMITTED:	June 4, 2019.

							JON M. SANDS
							Federal Public Defender

							 *s/ Jay A. Marble*
							JAY A. MARBLE
							Assistant Federal Public Defender

ECF copy to:

Carin Duryee and Arturo Aguilar
Assistant United States Attorneys

Katia Cook
United States Probation Officer