MICHAEL BAILEY
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 16-0102-TUC-JAS |
| Plaintiff, | |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| DANA LOUIS MATTINGLY, | |
| Defendant. | |

Now comes the United States, by and through its undersigned attorneys, and submits the following sentencing memorandum for the sentencing scheduled on June 17, 2019:

I. **GOVERNMENT'S CONCURRENCE WITH PSR GUIDELINE CALCULATIONS**

The government agrees with the calculations as stated in the PSR, dated May 20, 2019.

II. **FACTS**

This defendant committed a brutal and pre-meditated murder of another inmate at the U.S. Penitentiary in Tucson, Arizona, on March 8, 2013.  On that date, the defendant arrived at the cell of Marcus Harrison, tied him face-down to the bedframe by the wrists and ankles using shoelaces, tied socks around his mouth, a white towel around his neck, and stabbed and choked the man to death.  He left Harrison bleeding from the neck and left

side of his ribs, and left the cell to wash his clothing and dispose of the 6-inch metal shank he had used to stab Harrison.  An autopsy report listed the cause of death as sharp force and asphyxial injuries, noting 31 stab wounds to Harrison's neck.  In addition, the autopsy revealed that two cylindrical deodorant bottles had been inserted into the victim's anal cavity.

Later that day, Mattingly stated about Harrison, "I killed him.  I am a nice guy but I am a sick motherfucker."  Mattingly said during an interview that he had been planning to kill Harrison for some time, though he never revealed his motive.  He described tying the victim to his bedframe with shoelaces and then stabbing him in the neck and side upper torso until he realized Harrison was dead.  He also admitted the murder in two letters he write, one to his brother, stating "On March the 8th I killed a man.  I viciously stabbed him and choked him to death," and one to a friend, admitting the same thing.

The murder clearly required planning, as Mattingly had to bring the shoelaces, shank, and other items he used in the murder to Harrison's cell, and also had to find appropriate timing when he could be alone with Harrison.  The number of stab wounds also leaves no doubt that this was a premeditated and malicious killing.  Interestingly, another inmate in the same pod revealed that shortly before the murder of Harrison, Mattingly had offered him money if he would allow Mattingly to tie him up and have sex with him. This suggests that the defendant was looking to kill somebody in the time leading up to the crime, and leaves only the motive as a mystery.

The mandatory sentence in this case is life imprisonment, and based on the facts of the case, and defendant's lengthy criminal history, the government submits that a life sentence is entirely appropriate.

/ / /

### III. CONCLUSION

For the reasons addressed herein and in the PSR, the government asks the Court to impose a sentence of life imprisonment.

Respectfully submitted this 5th day of June, 2019.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> *s/Carin C. Duryee*
>
> CARIN C. DURYEE
> Assistant U.S. Attorney

A copy of the foregoing served by electronic or other means this 5th day of June, 2019, to:

All ECF participants

3